**United States District Court**
**Northern District of Illinois**

CONSTANCE HENRY, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

Homecourt Inc..

Defendant.

Case No.: 1:26-cv-2483

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: April 10, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**
By: Michael Ohrenberger
4903 Avenue N,
Brooklyn NY 11234
O: 844-731-3343
D: 716-281-5496
Email: mohrenberger@ealg.law